**Appeal Dismissed and Memorandum Opinion filed November 3, 2011.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00682-CV

————————

**KAREN STERMOLE, Appellant**

**V.**

**SHREE VISARIA, M.D., Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2008-60410**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed March 14, 2011. On October 20, 2011, the parties filed a letter with this court, in which appellant Karen Stermole agrees to dismiss her appeal and appellee Shree Visaria, M.D. agrees to release his judgment for costs. *See* Tex. R. App. P. 42.1(a)(2). We may render a judgment effectuating the parties' agreement. *See id.*

Accordingly, we order the portion of the trial court's judgment awarding costs of court in the amount of $1,932.38 in favor of Shree Visaria, M.D. set aside and vacated. The appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.